UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
JASON CAMACHO, *on behalf of himself and all
other persons similarly situated*,

                           Plaintiff,

      -against-

COLUMBUS COLLEGE OF ART & DESIGN,

                          Defendant.
------------------------------------------------------------ x

ORDER

18 Civ. 10571 (GBD)

GEORGE B. DANIELS, United States District Judge:

       This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
       February 7, 2019

                                                     SO ORDERED.

                                                     GEORGE B. DANIELS
                                                     United States District Judge