UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
JASON CAMACHO, and on behalf of all other
persons similarly situated,

                         Plaintiffs,     :     No. 1:18-cv-10571

              -against-

COLUMBUS COLLEGE OF ART AND DESIGN,

                         Defendant.
------------------------------------- x

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by the parties to this action, by and through their undersigned counsel, that this action is dismissed with prejudice. Each party shall bear its or his own legal fees and costs.

Dated:

GOTTLIEB & ASSOCIATES

By: _____
Jeffrey M. Gottlieb
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 879-0240
*Attorneys for Plaintiff*

SOKOLOFF STERN, LLP

By: _____
STEVEN C. STERN
179 Westbury Ave.
Carle Place, New York 11514
(516) 334-4500
*Attorneys for Defendant*

SO ORDERED: **MAR 1 5 2019**

_____
UNITED STATES DISTRICT JUDGE